**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeremy Matthew Pratt, | ) | |
| | ) | Case No. 4:02-cr-092-03 |
| Defendant. | ) | |
| | ) | |

_____

On January 23, 2007, the court entered an order granting the government's Motion for Detention with instructions that the defendant be released on January 24, 2007, so that he could attend a hearing in state court on a Temporary Protection Order. The court has been advised that this state court hearing was continued until January 31, 2007, at 3:00 p.m. Accordingly, the court **ORDERS** that the defendant be released on January 31, 2007, at 2:30 p.m. so that he may attend the hearing on the Temporary Protection Order. While on release, the defendant may only travel between the Ward County Detention Center and the Ward County Courthouse. Further, the defendant is to return to the Ward County Detention Center immediately following his hearing.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge